**Order filed, September 27, 2022.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00559-CV**

_____

**JRJ PUSOK HOLDINGS, LLC, Appellant**

**V.**

**THE STATE OF TEXAS AND KYLE MADSEN IN HIS OFFICIAL CAPACITY AS DIRECTOR OF RIGHT OF WAY, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1128555**

---

## ORDER

The reporter's record in this case was due August 30, 2022. *See* Tex. R. App. P. 35.1. The court sent past due notice for the reporter's record on September 8, 2022. No response was received, and the record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Alexandra L. McDaniel**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.